IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YINZCAM, INC.

        Plaintiffs,

v.

STRATEGIC SPORTS, INC.

        Defendants.

Civil Action No. 2:14-cv-01364-AJS

The Honorable Arthur J. Schwab

**Electronically filed**

**ORDER OF COURT**

AND NOW, this 20th day of Oct 30, 2014, upon consideration of the Motion to Withdraw as Attorney filed by Eric G. Soller and Pietragallo Gordon Alfano Bosick & Raspanti, LLP, it is hereby ordered that said Motion is GRANTED. Eric G. Soller, Esquire and Pietragallo Gordon Alfano Bosick & Raspanti, LLP's representation of Plaintiff in this matter is terminated.

By the Court:

_____ J.