IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YINZCAM, INC., | ) |
| Plaintiff, | ) Case No. 2:14-cv-1364 |
| v. | ) Judge Arthur J. Schwab |
| STRATEGIC SPORTS, INC., | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 17th day of November, 2014, upon consideration of the parties' "Joint Motion For Extension of Time to File Responsive Pleadings," it is hereby ORDERED that:

1. Defendant Strategic Sports, Inc. shall file an amended pleading by **December 5, 2014**;

2. Plaintiff Yinzcam, Inc. shall file a reply to SSI's amended pleading by **December 19, 2014**.

Arthur J. Schwab
United States District Judge

cc/ecf: All counsel of record