IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YINZCAM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-1364 |
| | ) | |
| v. | ) | Judge Arthur J. Schwab |
| | ) | |
| STRATEGIC SPORTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CASE MANAGEMENT ORDER**

AND NOW, this __th day of November, 2014, IT IS ORDERED that this action is placed under Local Rule 16.1 of this Court for pretrial proceedings and all provisions of the Rule will be strictly enforced.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all case management, status, or pretrial conferences to obtain authority to participate in settlement negotiations to be conducted by the Court. Counsel are encouraged to instruct the principals to be available by telephone to facilitate the amicable resolution of all litigation.

IT IS FURTHER ORDERED that compliance with provisions of Rule 16.1 shall be completed as follows:

(1) Plaintiff and Defendant will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) by December 8, 2014.[1]

---

[1] **Procedures Following Inadvertent Disclosure ("Clawback")**: Pursuant to Local Rule LCvR 16.1(D), and to aid the implementation of Fed. R. Evid. 502, the following is Ordered in the event of an inadvertent disclosure of any privileged or trial preparation/attorney work product material:
  a) The producing party shall promptly notify all receiving parties of the inadvertent production of any privileged or trial preparation material. Any receiving party who has reasonable cause to believe that it has received privileged or trial preparation material shall promptly notify the producing party.
  b) Upon receiving notice of inadvertent production, any receiving party shall immediately retrieve all copies of the inadvertently disclosed material and sequester such material pending a resolution of the producing party's claim either by the Court or by agreement of the parties.

(2) The parties shall move to amend the pleadings or add new parties by December 24, 2014.

(3) The parties shall complete fact discovery by April 23, 2015. All interrogatories, depositions, requests of admissions, and requests for production shall be served within sufficient time to allow responses to be completed prior to the close of discovery.

(4) EXPERT REPORTS AND DISCOVERY:

    (a) Plaintiff's expert reports shall be filed by March 24, 2015.

    (b) Defendant's expert reports shall be filed by April 13, 2015.

    (c) All expert depositions shall be completed by April 23, 2015.

(5) Responses to Motions to compel are due within 10 calendar days of the filing of the motion.

(6) There will be a post discovery status conference before the undersigned at _____ a.m./p.m. on _____, 2015.

(7) All parties shall file an indication whether or not they are willing to proceed to trial in front of a Magistrate Judge by December 24, 2014.

                                                                 Arthur J. Schwab
                                                                 United States District Judge

cc/ecf: All counsel of record

---

c) If the parties cannot agree as to the claim of privilege, the producing party shall move the Court for a resolution within 30 days of the notice set forth in subparagraph (a). Nothing herein shall be construed to prevent a receiving party from moving the Court for a resolution, but such motion must be made within the 30-day period.