IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YINZCAM, INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 2:14-cv-1364 |
| | ) |
| v. | ) Judge Arthur J. Schwab |
| | ) |
| STRATEGIC SPORTS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 4th day of February, 2015, upon consideration of the Motion to Withdraw as Counsel filed by Arun J. Thomas, William B. Pentecost, Jr., Matthew J. Whipple, and Eckert Seamans Cherin & Mellot, LLC, IT IS HEREBY ORDERED that said motion is GRANTED. Arun J. Thomas, William B. Pentecost, Jr., Matthew J. Whipple, and Eckert Seamans Cherin & Mellot, LLC's representation of Plaintiff in this matter is hereby terminated.

_____ J.

cc/ecf:    All counsel of record